| | |
|---|---|
| _Billy Leroy Dooley_<br>FULL NAME<br><br>_____<br>COMMITTED NAME (if different)<br><br>_Corcoran State Prison_<br>FULL ADDRESS INCLUDING NAME OF INSTITUTION<br>_Po Box 3481 Corcoran CA 93212_<br><br>_G-03924_<br>PRISON NUMBER (if applicable) | RELATED DDJ<br><br>**FILED**<br>CLERK, U.S. DISTRICT COURT<br>**11/17/2025**<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: ___LR___ DEPUTY |

### UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| _Billy L. Dooley_<br><br>PLAINTIFF,<br>v.<br><br><br>DEFENDANT(S).<br>_Riverside District Attorney_ | CASE NUMBER<br>_5:25-CV-03305-AB-PVC_<br>*To be supplied by the Clerk*<br><br>**CIVIL RIGHTS COMPLAINT**<br>**PURSUANT TO** *(Check one)*<br>☒ 42 U.S.C. § 1983<br>☐ Bivens v. Six Unknown Agents 403 U.S. 388 (1971) |

**A. PREVIOUS LAWSUITS**

1. Have you brought any other lawsuits in a federal court while a prisoner: ☐ Yes ☒ No

2. If your answer to "1." is yes, how many? _____

    Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on an attached piece of paper using the same outline.)

a. Parties to this previous lawsuit:
   Plaintiff _____

   _____

   Defendants _____

   _____

b. Court _____

   _____

c. Docket or case number _____

d. Name of judge to whom case was assigned _____

e. Disposition (For example: Was the case dismissed? If so, what was the basis for dismissal? Was it appealed? Is it still pending?) _____

f. Issues raised: _____

   _____

   _____

g. Approximate date of filing lawsuit: _____

h. Approximate date of disposition _____

## B. EXHAUSTION OF ADMINISTRATIVE REMEDIES

1. Is there a grievance procedure available at the institution where the events relating to your current complaint occurred? ☐ Yes ☐ No

2. Have you filed a grievance concerning the facts relating to your current complaint? ☐ Yes ☐ No

   If your answer is no, explain why not _____

   _____

   _____

3. Is the grievance procedure completed? ☐ Yes ☐ No

   If your answer is no, explain why not _____

   _____

4. Please attach copies of papers related to the grievance procedure.

## C. JURISDICTION

This complaint alleges that the civil rights of plaintiff *BILLY Leroy Dooley Jr*
(print plaintiff's name)

who presently resides at *Corcoran State prison PO Box 3481*,
(mailing address or place of confinement)

were violated by the actions of the defendant(s) named below, which actions were directed against plaintiff at
*SUPERIOR Court of california 4100 main st Riverside ca 92501*
(institution/city where violation occurred)

on (date or dates) _____, _____, _____.
                        (Claim I)           (Claim II)          (Claim III)

**NOTE:** You need not name more than one defendant or allege more than one claim. If you are naming more than five (5) defendants, make a copy of this page to provide the information for additional defendants.

1. Defendant _____ resides or works at
   (full name of first defendant)
   4075 main street Riverside CA 92501
   (full address of first defendant)
   District Attorney
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☐ individual   ☐ official capacity.

   Explain how this defendant was acting under color of law:
   _____
   _____

2. Defendant _____ resides or works at
   (full name of first defendant)
   _____
   (full address of first defendant)
   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   At this time he was a District
   Attorney in my case number RIF-72177

3. Defendant  Case No: RIF 72177  resides or works at
   (full name of first defendant)                  office of D.A. 4075
   District Attorney County of Riverside main st
   (full address of first defendant)              orange street
   District Attorney Riverside CA  Riverside #100
   (defendant's position and title, if any)                    CA 92501

   The defendant is sued in his/her (Check one or both): ☒ individual   ☒ official capacity.

   Explain how this defendant was acting under color of law:
   That he was the acting District Attorney
   in my case No: 72177

4. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

5. Defendant _____ resides or works at
   (full name of first defendant)

   _____
   (full address of first defendant)

   _____
   (defendant's position and title, if any)

   The defendant is sued in his/her (Check one or both):  ☐ individual  ☐ official capacity.

   Explain how this defendant was acting under color of law:

   _____
   _____

## D. CLAIMS*

### CLAIM I

The following civil right has been violated:

The FIFTH amendment (2) that no person will be placed in double jeopardy or the district attorney charge me with two counts of the same crime Fourteenth Amendment due process and equal protection under the law.

Supporting Facts: Include all facts you consider important. State the facts clearly, in your own words, and without citing legal authority or argument. Be certain you describe, in separately numbered paragraphs, exactly what each DEFENDANT (by name) did to violate your right.

The district attorney in case #72177 (1) had me sign a plea agreement however I wrote signed under duress as at that time I did not understand what was going (2) when called back into the court room I still could not talk as my lawyer who made the agreement still talked that everything was alright.

*If there is more than one claim, describe the additional claim(s) on another attached piece of paper using the same outline.

## E. REQUEST FOR RELIEF

I believe that I am entitled to the following specific relief:

That I should have this strike be removed and that for the pain and suffering be awarded 20 MILLION DOLLARS PLUS ALL COURT COST and THAT THIS DISTRICT ATTORNEY Has all his case files be check for misconduct as well as The PUBLIC DEFENDERS That assisted in the Courts cases. The true relief is to be let out and returned to my love ones.

11-11-2025
(Date)

Billy Dooley
(Signature of Plaintiff)

TO The OFFICE OF THE CLERK

On case 5:25-cv-02816-AB-PVC Dooley v. Riverside Police Department Should have been Dooley v. Riverside Public Defenders office and also Dooley v. Riverside District Attorney office on case REF-721771 RIF-126524 as This is a FIFTH AMendment violation and a Due process violation as every EXHEBIT I have Sent to This Honorable court is The record at The lower Course. Please change Those to Riverside public defenders office and The

REVERST RIverside District attorney office

THAnk you for your time and Help.

Billy Dworks

BELC [illegible]
Corcoran State Prison
PO Box 3481
Corcoran CA 93212

CORCORAN STATE PRISON
FIRST-CLASS
US POSTAGE PITNEY BOWES
ZIP 93212 $002.17⁰
0000604109S NOV 12 2025

NEW

NOV 17 2025

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
255 EAST TEMPLE, ROOM 180
LOS ANGELS, CALIFORNIA
90012

Legal Mail

